For Southern District of West Virginia

Curtis E. Crawford
Reg. 10620-007
Beckley FCI
P.O. Box 350
Beaver, W.V. 25813,
    Petitioner,



v.   Civil No. 5:06-0255

Daniel J. Metcalfe,
Director
U.S. Department of Justice
OIP / NYAV-11050
Washington, D.C. 20530,
    Respondent(s).

Motion For Judicial Review, Pursuant to 5 U.S.C. § 552(a)(4)(B); Motion For Appointment of Counsel, Pursuant to 1915(e).

STATEMENT OF FACT

Petitioner seek Judicial Review of denial of Information under the "Freedom of Information Act" Related to his being Arrested by the United States Marshal Service on March 25, 2005, and Petitioner sought Medical Report from his Treatment by Nurse in the United States District Court for the District of Columbia while in the Custody of the United States Marshal Service.

Whereas Deputy U.S. Marshal claimed that U.S. Parole/Probation Officers where Williams, informed them that a stash of Weapon existed in the Residence 3537 11th Street, N.W. Washington, D.C. 20010 apartment #103, where Petitioner Resided the Petitioner requested a copy of that Report.

<u>No Violation of Privacy Act</u>

1. Copy of Nurse Medical Report for the Treatment of injuries from beating by U.S. Deputy Marshals on March 25, 2005

2. Names of U.S. Deputy Marshal, who participated in Arrest of Petitioner Crawford

3. Name of U.S. Deputy Marshal, who performed Strip Search in United States District Court for the District of Columbia on Petitioner Crawford on March 25, 2005

Here no invasion of the Personal Privacy exist of Third Parties, and the USMS improperly withheld information unlawfully.

<u>Petitioner Requested All Records</u>

No Record Requested by Petitioner Crawford was Exempt by Law, and All Information

Should have been in the Public Domain, or Government Accessible and unclassified.

## APPOINTED COUNSEL WARRANTED

The USMS had Taken unfair and improper advantage of Petitioner Crawford's Civil and Constitutional Rights, and have denied Petitioner Crawford documents under FOIA that he was legally entitled.

See: Exhibit #2 dated March 27, 2006 letter from U.S. Department of Justice by Janice G. Metcalfe.

## Relief Sought

1. Court Order issued "Granting" Judicial Review

2. Court Order issued "Granting" Appointment of Counsel

3. Court Order issued "Granting" Petitioner all Documents, Materials, and Information Sought under FOIA Request

Respectfully Submitted,

Curtis E. Crawford



**U.S. Department of Justice**

Office of Information and Privacy

---

Telephone: (202) 514-3642    Washington, D.C. 20530

**MAR 2 7 2006**

Mr. Curtis E. Crawford
Register No. 10620-007
Federal Correctional Institution          Re:   Appeal No. 06-0813
Post Office Box 350                              Request No. 2005USMS8752
Beaver, WV  25813                                BVE:ALB:KM

Dear Mr. Crawford:

You appealed from the action of the United States Marshals Service on your request for access to various records concerning your arrest on March 25, 2005.

After carefully considering your appeal, I have decided to affirm the USMS's action on your request. The records you requested are exempt from the access provision of the Privacy Act of 1974 pursuant to 5 U.S.C. § 552a(j)(2). See 28 C.F.R. § 16.101(a) (2005). Because these records are not available to you under the Privacy Act, your request has been reviewed under the Freedom of Information Act in order to afford you the greatest possible access to them.

The USMS properly withheld certain information from you that is protected from disclosure under the FOIA pursuant to 5 U.S.C. § 552(b)(7)(C). This provision concerns records or information compiled for law enforcement purposes, the release of which could reasonably be expected to constitute an unwarranted invasion of the personal privacy of third parties.

In your appeal letter, you further request to be provided with a copy of a report stating that you had guns in your residence. Please be advised that you may not on appeal expand the scope of your initial request. Therefore, I can only suggest that you submit a new request to the USMS for the additional records that you seek.

If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Daniel J. Metcalfe
Director

By:
Janice G. Metcalfe
Senior Counsel

## Certification of Service

I Certify That under Penalty of Perjury, That I have Forwarded A True and Correct Copy of This Motion to The Clerk of Court via Prepaid Postage on This 30 day of March 2006. I Request The Clerk to Forward to The United States Attorney Office A Stamp dated File Copy of The Same.

Respectfully Submitted,

Curtis E. Crawford
Reg 10620-007
Beckley FCI
P.O. Box 350
Beaver, W.V. 25813

Special Mail

Name: Curtis E. Crawford
Reg #: 18610-007
Federal Correctional Institution–Beckley
P.O. Box 350
Beaver, WV 25813

U.S. MARSHALS SERVICE
X-RAYED

United States District Court
Clerk
110 Heber Street
Beckley West Virginia
Beckley West Virginia

U.S. MARSHALS SERVICE
X-RAYED

CHARLESTON WV
PM
250-970